# UNITED STATES DISTRICT COURT
for the
District of Alaska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Sompheth PHOUMMANY AKA Sompeth PHOUMMANY AKA Jake PHOUMMANY | ) ) ) ) ) ) | Case No.  3:22-mj-00023 KFR |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Nov. 9, 2021   in the county of _____ in the _____ District of   Alaska  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Distribution of controlled substances |

This criminal complaint is based on these facts:

Listed in the affidavit of Special Agent Thomas J. King, hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.

**THOMAS KING** Digitally signed by THOMAS KING
Date: 2022.01.18 21:49:55 -09'00'

*Complainant's signature*

Thomas J. King, Senior Special Agent

*Printed name and title*

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on:

Date: January 19, 2022

City and state:   Anchorage, AK

Kyle F. Reardon, U.S. Magistrate Judge

*Printed name and title*